IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| SMITH'S CONSUMER PRODUCTS, INC., a Delaware Corporation, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 4:23-cv-1206-KGB |
| DAREX, LLC, dba WORK SHARP, An Oregon Limited Liability Company, | : : : | |
| Defendant. | : : | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY DAVID V. RADACK

Adam L. Hopkins, counsel for Plaintiff Smith's Consumer Products, Inc. ("SCP"), pursuant to E.D. Ark. LCvR 83.5(d), moves this Court for an Order admitting David V. Radack to practice before this Court for the limited purpose of appearing as counsel in this matter on behalf of SCP. In support, counsel represents to the Court as follows:

1. Movant Adam L. Hopkins is a member in good standing of the Arkansas Bar and this Court. Movant's Arkansas Bar Number is 2006282.

2. Mr. Radack is an attorney with the law firm of Eckert Seamans Cherin & Mellott, LLC, and his contact information is as follows:

> David V. Radack
> Eckert Seamans Cherin & Mellott, LLC
> U.S. Steel Tower
> 600 Grant Street, 44th Floor
> Pittsburgh, PA 15219
> (412) 566-6000
> dradack@eckertseamans.com

3. Mr. Radack is a member in good standing of the State of Pennsylvania Bar Association, the United States District Court for the Western District of Pennsylvania, and the

1

United States Court of Appeals for the Federal Circuit. Mr. Radack has never been the subject of a complaint charging unethical professional conduct and has never been subject to discipline by any bar association or any other applicable authority.

4. Mr. Radack states and affirms that he will comply with the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas and with all procedures and requirements of this Court. Movant shall remain associated as local counsel for SCP.

5. The required *Pro Hac Vice* fee of $100.00 is tendered with this motion.

WHEREFORE, the undersigned respectfully requests that David V. Radack be admitted to practice before the Court for the limited purpose of participating in this case.

Dated: December 23, 2023.

        Respectfully submitted,

        /s/ Adam L. Hopkins
By: Adam L. Hopkins (Ark. #2006282)
    ROSE LAW FIRM, P.A.
    5100 W. JB Hunt Dr., Suite 900
    Rogers, Arkansas 72758
    Phone (Direct): (479) 856-6081
    ahopkins@roselawfirm.com

    David V. Radack (*applying Pro Hac Vice*)
    Pennsylvania Bar No. 39633
    Eckert Seamans Cherin & Mellott, LLC
    U.S. Steel Tower
    600 Grant Street, 44th Floor
    Pittsburgh, PA 15219
    (412) 566-6000
    dradack@eckertseamans.com

    *Counsel for Plaintiff Smith's Consumer Products, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 23, 2023, I filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record of such filing.

      /s/ Adam L. Hopkins
      Adam L. Hopkins