IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SMITH'S CONSUMER PRODUCTS, INC.**                                          **PLAINTIFF**

**v.**                               **Case No. 4:23-cv-01206 KGB**

**DAREX, LLC**
**d/b/a Work Sharp**                                                            **DEFENDANT**

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice (Dkt. No. 39). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a). For good cause shown, the Court adopts the stipulation of dismissal (*Id.*). The action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs. The Court denies as moot defendant Darex, LLC d/b/a Work Sharp's ("Darex") motion to dismiss and plaintiff Smith's Consumer Products, Inc.'s motion for leave to file *sur reply* to Darex's reply in support of motion to stay Rule 26(f) conference (Dkt. Nos. 15; 37).

So ordered this 30th day of August, 2024.

_____
Kristine G. Baker
Chief United States District Judge